(Del. Rev.12/98)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Liza Chernick
323 Airport Road
New Castle, DE 19720

(Name of Plaintiff or Plaintiffs)

v.     CIVIL ACTION NO. 06-216

US Government
Administrative Officials

(Name of Defendant or Defendants)

*FILED 2006 MAR 31 PM 3:46 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE*

## COMPLAINT

1. This action is brought pursuant to __Constitution of US__  *1st Amendment 14th*
   (Federal statute on which action is based)
   for discrimination related to __ENV. JUSTICE - EQUAL Protection Act Clause__ jurisdiction exists by virtue of
   (In what area did discrimination occur? e.g. race, sex, religion)
   ~~15C 45 911~~ (?) __42 USC 7411__
   (Federal statute on which jurisdiction is based)

2. Plaintiff resides at __323 Airport Road__
   (Street Address)
   __New Castle    DE    19720__
   (City)   (County)   (State)   (Zip Code)
   __(302) 221-1235__
   (Area Code) (Phone Number)

3. Defendant resides at, or its business is located at __Capital Hill__
   (Street Address)
   __Washington    DC__
   (City)   (County)   (State)   (Zip Code)

4. The alleged discriminatory acts occurred on __Past__, __Unknown Knowledge of Pollution__
   (Day)   (Month)   (Year)

5. The alleged discriminatory practice ☒ is ☐ is not continuing.

6. Plaintiff(s) filed charges with the _Lack of funding for our_
   _____(Agency)_____
   _Restorations Preservation  1st State_
   (Street Address)   (City)   (County)   (State) (Zip)

   regarding defendant(s) alleged discriminatory conduct on: _____
   (Date)

7. Attach decision of the agency which investigated the charges referred in paragraph 6 above.

8. Was an appeal taken from the agency's decision?   Yes ☐   No ☐

   If yes, to whom was the appeal taken?_____

9. The discriminatory acts alleged in this suit concern: (Describe facts on additional sheets if necessary) _The Environmental neglect due to funding availability perhaps needs to come from EPA-FEDGOV for assurance to citizens of Delaware as well as citizens of the future who do get to survive childbirth. Banking State $ amount needed for Restoration & Preservation focusing on Future Generation as well as present citizens of DE._

10. Defendant's conduct is discriminatory with respect to the following:
    A. ☐ Plaintiff's race
    B. ☐ Plaintiff's color
    C. ☐ Plaintiff's sex
    D. ☐ Plaintiff's religion
    E. ☐ Plaintiff's national origin
    F. ☐ Plaintiff's State ENV. JUSTICE
       EQUAL PROTECTION
       Constitutional amendments

_Putting a more sturdy foundation and structure in place which is our Environment_   _CTRP SECURE ASSURANCE COMFORT IRREPLACEABLE_

11. Plaintiff prays for the following relief: (Indicate the exact relief requested)

Restoration funding financed thru the different Banks to asure a more appropeit future as well as try to cut down on Infant Mortality & Cancer by amending our Emissions on behalf of the citizens of DE as well as the future Generation. Preservation then in place for puzzy ship yard - Historic Wilson Line - Scruy ships DE River Recreational time on area. River family time LTRP mind

I declare under penalty of perjury that the foregoing is true and correct.

Jerry Structure's Redone Park Equiptment 4 Youth
prevention measures in place
DOT assurance
due to National chemical CAPITAL NOW BANKING STATE
WORLD PEACE

Dated: 03/17/06

(Signature of Plaintiff)
LIZA D. Chevricks

Restoration Ship 300-400 Billion Alone
focusing on how Impt. water is. as well as our ENVIRONMENT
SORRY !! so Sloppy :(

children to be born as they deserve vs. Infant Mortal.

Better School Busses (seatbelts) bus Attendants

Bigger schools more pay 4 Teachers Less students in class Healthier Lunches More choices

☺ Thank you !! Liza.

Healthier Wildlife



Psalms 94    "Beneficial Outcome for All"

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

06-216

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Liza Cherricks c/o State of Delaware Citizens LTRP

**(b)** County of Residence of First Listed Plaintiff: New Castle DE
(EXCEPT IN U.S. PLAINTIFF CASES)

323 Airport Road
New Castle, DE 19720

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Pro Se / Liza Cherricks, 323 Airport Rd, New Castle DE 19720

## DEFENDANTS
US GOV. Interest in Stabalizing the Banking State Ttl

County of Residence of First Listed Defendant:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known): Constitution Issues

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party) — Why 230 years freedom America — Environmental Justice — Constitution reviewed - revised Amended please for LTRP
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

Mothers as well as concern from past — unknowledged Environmental issues 30 yrs ago

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☒ 610 Agriculture Neglect | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☒ 660 Occupational Safety/Health prevention | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☒ 690 Other Water Quality Air Soil Emissions | LABOR | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☒ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☒ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☒ 444 Welfare Citizens | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☒ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☒ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

42 USC = 7411
Sect. 3103 - Generation Projects
Sect. 8401 Air Quality Enhancement Programs
Sect. 3102

## V. ORIGIN (Place an "X" in One Box Only)
- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☒ 6 Multidistrict Litigation DE State
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
US CONSTITUTION IS UNCONSTITUTIONAL clause EQUAL PROTECTION ACT

Brief description of cause:
ENVIRONMENTAL Justice Needs to be Addressed 230 years freedom America

## VII. REQUESTED IN COMPLAINT:
☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ Restoration; Preservation focusing on the future generation as well as the present citizens of DE
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE ___ DOCKET NUMBER ___
LTRP CJP

DATE 03/17/06    SIGNATURE OF ATTORNEY OF RECORD Liza Dawn Cherricks

**OFFICE USE ONLY**
RECEIPT # ___ AMOUNT ___ APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___