IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

LISA DAWN CHERRICKS,            )
                                )
    Plaintiff,                  )
                                )
v.                              ) Civil Action No.06-216-JJF
                                )
US GOVERNMENT,                  )
ADMINISTRATIVE OFFICIALS,       )
                                )
    Defendants.                 )

### ORDER

At Wilmington this 13 day of April, 2006, the court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that:

1. The application is DENIED based on plaintiff's annual income of $21,600.00. (D.I. 1)

2. The plaintiff shall pay the $250 filing fee within thirty days from the date this order is sent, or the case shall be dismissed.

                                                                   United States District Judge