IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

LIZA DAWN CHERRICKS,         )
                             )
        Plaintiff,           )
                             )
    v.                       )    Civil Action No. 06-216-JJF
                             )
US GOVERNMENT and            )
ADMINISTRATIVE OFFICIALS,    )
                             )
        Defendants.          )

## O R D E R

WHEREAS, Plaintiff filed an action pursuant to 42 U.S.C. § 7411 without prepayment of the filing fee;

WHEREAS, on April 13, 2006, the Court entered an order denying leave to proceed in forma pauperis (D.I. 4);

WHEREAS, the Court ordered Plaintiff to pay the $250 filing fee within thirty (30) days from the date the order was sent or the case would be dismissed;

WHEREAS, to date, payment has not been received from Plaintiff;

THEREFORE, at Wilmington this 23 day of May, 2006, IT IS HEREBY ORDERED that the Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

                                  _____
                                  UNITED STATES DISTRICT JUDGE